831193

RECEIVED
APR 12 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

Rasheem Miles

**WARRANT FOR ARREST**

CASE NUMBER: CR04-36-01T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Rasheem Miles
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

April 12, 2005
Date and Location

[redacted]

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Subject erroneously released from Norfolk City Sheriffs custody on 6/9/05; superceding warrant issued 07/18/2005 | | |
| DATE RECEIVED 04/12/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

26