AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

U. S.

v.

Rasheem Miles

Case Number: CR04-36-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Rasheem Miles.

I certify that I am admitted to practice in this court.

9-14-05
Date

Edward C Roy
Signature

Edward C. Roy Jr. 3029
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number