UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR04-36-01T** **DATE: September 14, 2005**

**TITLE: USA v. RASHEEM MILES**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Lee Vilker, AUSA
Ed Roy, Esq.
Barry Weiner, Probation

**PROCEEDINGS:**

Probation Violation Hearing:

Financial affidavit approved.
FPD appointed.
Court reviews violations.
Deft understands violations.
Court questions deft.
Deft admits violations.
Deft waives revocation hrg.
Court accepts admission.
Govt recommends sentence
Deft recommends sentence
Deft addresses the Court.
Court takes under advisement.
R&R to follow.
Govt requests detention.
No argument.
Deft remanded to custody