AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RASHEEM MILES

**WARRANT FOR ARREST**

CASE NUMBER: CR04-036-01T

RECEIVED
JUL 18 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RASHEEM MILES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS.

in violation of Title 18 United States Code, Section(s) 3583(d)

Lucia Cristina Leyva
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Lucia Cristina Leyva
Signature of Issuing Officer

July 15, 2005, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 5 Orlando, apt 12, Mattapan, MA by U.S. marshals | | |
| DATE RECEIVED 07/18/2005<br>DATE OF ARREST 09/14/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>Robert Charette<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER<br>Robert J Charette |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.